Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  October 24, 2025

Mr. Andrew Braniff
U.S. Department of Justice
Appellate Section
P.O. Box 14403
Washington, DC 20044-4403

Mr. Ibrahim Aly Farag
Farag Legal Services
4010 Dupont Circle
Suite 309
Louisville, KY 40207

  Re:  Case No. 25-5954
    *USA v. Brett Hankison*
    Originating Case No. 3:22-cr-00084-1

Dear Counsel,

 This appeal has been docketed as case number **25-5954** with the caption that is enclosed on a separate page.

 Even if the defendant filed the notice of appeal, Sixth Circuit Rule 12(c)(1) requires that counsel continue representation on appeal until specifically relieved by this Court.  If a convicted defendant did not qualify to proceed in forma pauperis in the district court but appears to qualify on appeal, Sixth Circuit Rule 24 requires that "trial counsel must see that the defendant completes CJA Form 23 (for an incarcerated defendant) or Fed. R. App. P. Form 4 (for a defendant not incarcerated) and files it in the district court."  Counsel's failure to act in this situation may result in adverse action from this court.

 Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the website and filed with the Clerk's office by **October 29, 2025**.  Additionally, the transcript order must be completed by that date.  **The court will review this case to determine if transcripts and briefing should be expedited.  If the court enters an expedited order, the deadlines for transcripts may be shortened.**  For further information and instructions on ordering transcript electronically, please visit the court's website.

       Appellant:   Appearance of Counsel
                    Application for Admission to 6th Circuit Bar (if applicable)

       Appellee:   Appearance of Counsel
                    Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form.   If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Kelly Stephens
Case Management Specialist: Antoinette
Direct Dial No. 513-564-7015

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 25-5954**

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

BRETT HANKISON, Officer

       Defendant - Appellant