No.  25-5954

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

Dec 29, 2025
KELLY L. STEPHENS, Clerk

UNITED STATES OF AMERICA,

     Plaintiff-Appellee,

v.

BRETT HANKISON,

     Defendant-Appellant.

Before: GIBBONS, THAPAR, and READLER, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Western District of Kentucky at Louisville.

THIS MATTER was heard on the record and the pleadings without oral argument.  In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the district court's October 6, 2025, memorandum and order denying release pending appeal is VACATED, and that this matter is DISMISSED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk